JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-06894-JLS-AJR | Date: November 02, 2023 |
| Title:  Hasmik Melkonyan v. Capital One National Association | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER GRANTING DISMISSAL WITH PREJUDICE (Doc. 20) AND VACATING ALL DATES**

Before the Court is a Stipulation to Dismiss Defendant Capital One, N.A. With Prejudice (Doc. 20) and a Notice of Withdrawal of the Motion to Dismiss filed by Capital One (Doc. 22).  Having reviewed the Stipulation, IT IS ORDERED that all claims against Capital One are DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own fees and costs.

Based on the dismissal of the sole defendant in this action, the action is DISMISSED WITH PREJDUICE.  All dates in the matter are VACATED, including the Scheduling Conference and hearing on the Motion to Dismiss scheduled for November 3, 2023 at 10:30 a.m.

Initials of Deputy Clerk: gga